MAYOR AND ALDERMEN OF JERSEY CITY, appellant,

*v.*

JERSEY CITY WATER COMPANY et al., respondents.

[Decided January 31st, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *99 N. J. Eq. 36.*

*Mr. Thomas J. Brogan,* for the appellant.

*Messrs. Humphreys & Sumner,* for the respondents.

PER CURIAM.

·The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.  12.

*For reversal*—None.